IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

DANIEL S. PENNACHIETTI,

    *Plaintiff,*

v.

CRAIG MANSFIELD,

    *Defendant.*

CIVIL ACTION
NO. 17-02582

**PAPPERT, J.**            December 11, 2017

# ORDER

**AND NOW**, this 11th day of December, 2017, upon consideration of Defendant's motion to dismiss, (ECF No. 5), Plaintiffs' response, (ECF No. 7), and Defendants' reply, (ECF No. 8), it is hereby **ORDERED** that Defendant's motion to dismiss is **DENIED**.

BY THE COURT:

    */s/ Gerald J. Pappert*
    GERALD J. PAPPERT, J.

1